No. 94–9219.  GOLDWITZ *v.* CHAUVIN INTERNATIONAL LTD. C. A. 2d Cir.  Certiorari denied.

No. 94–9220.  RATNAWEERA ET UX. *v.* RESOLUTION TRUST CORPORATION ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–9224.  KIM LY LIM *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 94–9227.  LAPSLEY *v.* NORTHERN INDIANA PUBLIC SERVICE CO.  C. A. 7th Cir.  Certiorari denied.

No. 94–9228.  SPEARMAN *v.* EPPS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–9231.  GARDNER *v.* HOLDEN, WARDEN, ET AL.  Sup. Ct. Utah.  Certiorari denied.

No. 94–9239.  STRICKLAND *v.* PONTIAC CORRECTIONAL CENTER ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 94–9240.  WOODRUFF *v.* CHUN, REGIONAL ADMINISTRATOR, CALIFORNIA ADULT PAROLE SERVICES, REGION II, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–9242.  WOODCOCK *v.* CHEMICAL BANK ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 94–9243.  BENNETT *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 94–9245.  AYALA *v.* CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 94–9246.  BOYD *v.* CONNECTICUT.  App. Ct. Conn.  Certiorari denied.

No. 94–9250.  ROBERSON *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY.  C. A. 4th Cir.  Certiorari denied.

No. 94–9255.  BURDEN *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.